UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-10769-MAA                                    Date: April 14, 2026

Title    Smartmark, LLC v. Reservebar Express Corp.

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:
N/A                                                N/A

**Proceedings (In Chambers):**          **Order to Show Cause Re: Dismissal for Lack of Prosecution**

On November 10, 2025, Plaintiff Smartmark, LCC ("Plaintiff") filed its Complaint ("Complaint") against Defendant Reservebar Express Corp. ("Defendant"). (ECF No. 1.)  On December 19, 2025, Plaintiff filed a proof of service indicating that Defendant had been served with the Complaint on December 17, 2025 and that its answer was due January 7, 2026. (ECF No. 9.)  As of April 13, 2026, however, no answer or other response from Defendant has been filed.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of the following: (1) a response to the complaint by Defendant or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by Plaintiff.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.